UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| MARIA ELENA GUZMAN, Individually and as the Personal Representative of the Estate of ABELARDO GUZMAN and DAVID GUZMAN, Individually<br>    Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION NO. M-06-287<br>*<br>*<br>* |

## **ORDER**

On this day, came on to be heard Defendant's Unopposed Motion for Leave to Designate Dr. Pelly as a Responsible Third Party. After having reviewed the Motion, the Court GRANTS this Motion.

IT IS THEREFORE ORDERED, that the United States is granted leave to designate Dr. Pelly as a responsible third party.

SIGNED on _____, 2007; McAllen, Texas

_____
Ricardo H. Hinojosa
United States District Judge